# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV07-3493-SVW(Ex) | Date | June 14, 2007 |
|---|---|---|---|
| Title | Bennie Horton et al v. Merck & Co Inc et al | | |

Priority
✓ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

**Present: The Honorable** STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: N/A

Attorneys Present for Defendants: N/A

**Proceedings:** IN CHAMBERS ORDER VACATING STATUS CONFERENCE

Pursuant to the transfer order filed June 12, 2007, the status conference set on July 2, 2007 at 3:00 p.m., before the Honorable Stephen V. Wilson, is vacated.

DOCKETED ON CM
JUN 18 2007
014

Initials of Preparer     PMC

CV-90 (06/04)     CIVIL MINUTES - GENERAL     Page 1 of 1