# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:07-cv-03490-FMC-PJWx | Date | June 27, 2007 |
| | 2:07-cv-03492-FMC-PJWx | | |
| | 2:07-cv-03493-FMC-PJWx ✓ | | |
| | 2:07-cv-03497-FMC-PJWx | | |

Title: Illene Bujdoso et al v. Merck and Co., Inc. et al
Francis Finch et al v. Merck & Co Inc et al
Bennie Horton et al v. Merck & Co Inc et al
Cecilia Smith et al v. Merck & Co Inc et al

Present: The Honorable **FLORENCE-MARIE COOPER**

| Alicia Mamer | Not present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Not present                         Not present

**Proceedings:** ORDER TAKING MOTIONS OFF-CALENDAR (In Chambers)

The Plaintiff's Motions to Stay, filed 6-22-07, are removed from this Court's July 23, 2007 calendar. The Court will issue its ruling without oral argument.

: N/A

Initials of Preparer AM

DOCKETED ON CM
JUN 2 7 2007
BY _____ 085

#12