USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
:
In re REFCO, INC. SECURITIES LITIGATION  : 05 Civ. 8626 (GEL)
:
:
-------------------------------------------------------------x
:
AMERICAN FINANCIAL INTERNATIONAL  : **ORDER**
GROUP–ASIA, L.L.C. et al.,  :
:
    Plaintiffs,  :
: 05 Civ. 8988 (GEL)
 -against-  :
:
PHILLIP R. BENNETT et al.,  :
:
    Defendants.  :
:
-------------------------------------------------------------x
:
CHRISTOPHER CARMONA, derivatively on  :
behalf of THE GOLDMAN SACHS GROUP,  :
INC.,  :
:
    Plaintiff,  :
: 05 Civ. 9327 (GEL)
 -against-  :
:
HENRY M. PAULSON et al.,  :
:
    Defendants,  :
 -and-  :
:
THE GOLDMAN SACHS GROUP, INC.,  :
a Delaware corporation,  :
:
    Nominal Defendant.  :
:
-------------------------------------------------------------x
:
THOMAS H. LEE EQUITY FUND V, L.P. et al.,  :
:
    Plaintiffs,  :
: 05 Civ. 9608 (GEL)
 - against-  :

| | |
|---|---|
| PHILLIP R. BENNETT et al., :<br><br>            Defendants. :<br>------------------------------------------------------------x | |
| In re REFCO CAPITAL MARKETS, LTD.<br>BROKERAGE CUSTOMER SECURITIES<br>LITIGATION<br>------------------------------------------------------------x | 06 Civ. 643 (GEL) |
| THOMAS H. LEE EQUITY FUND V, L.P. et al.,<br><br>            Plaintiffs,<br><br>- against-<br><br>MAYER, BROWN, ROWE & MAW LLP,<br><br>            Defendant.<br>------------------------------------------------------------x | 07 Civ. 6767 (GEL) |
| MARC S. KIRSCHNER, as Trustee of the<br>Refco Litigation Trust,<br><br>            Plaintiff,<br><br>- against-<br><br>THOMAS H. LEE PARTNERS, L.P. et al.,<br><br>            Defendants.<br>------------------------------------------------------------x | 07 Civ. 7074 (GEL) |
| AXIS REINSURANCE COMPANY,<br><br>            Plaintiff,<br><br>- against-<br><br>PHILLIP R. BENNETT et al., | 07 Civ. 7924 (GEL) |

|  |  |
|---|---|
| Defendants. | |
| MARC S. KIRSCHNER, as Trustee of the Refco Private Actions Trust,<br><br>Plaintiff,<br><br>- against-<br><br>PHILLIP R. BENNETT et al.,<br><br>Defendants. | 07 Civ. 8165 (GEL) |
| THOMAS H. LEE EQUITY FUND V, L.P. et al.,<br><br>Plaintiffs,<br><br>- against-<br><br>GRANT THORNTON LLP,<br><br>Defendant. | 07 Civ. 8663 (GEL) |
| VR GLOBAL PARTNERS, L.P. et al.,<br><br>Plaintiffs,<br><br>- against-<br><br>PHILLIP R. BENNETT et al.,<br><br>Defendants. | 07 Civ. 8686 (GEL) |
| CAPITAL MANAGEMENT SELECT FUND LTD. et al.,<br><br>Plaintiffs, | |

|  |  |
|---|---|
| - against- | 07 Civ. 8688 (GEL) |
| PHILLIP R. BENNETT et al., | |
| Defendants. | |

|  |  |
|---|---|
| MARC S. KIRSCHNER, as Trustee of the Refco Litigation Trust, | |
| Plaintiff, | 07 Civ. 9238 (GEL) |
| - against- | |
| THOMAS HACKL et al., | |
| Defendants. | |

|  |  |
|---|---|
| In re REFCO, INC. | 07 Civ. 9420 (GEL) |
| | 07 Civ. 9482 (GEL) |
| | 07 Civ. 9483 (GEL) |
| | 07 Civ. 10302 (GEL) |

GERARD E. LYNCH, District Judge:

  The Court has received a letter from counsel for defendant Grant Thornton LLP stating that the parties to a number of the above-captioned cases have been attempting to schedule a meeting to discuss matters to be addressed at the status conference currently scheduled for November 30, 2007, at 3:30 p.m., but that the parties have been unable to meet as a result of the large number of counsel and the intervening Thanksgiving holiday. Having received a request to adjourn the status conference for a brief period to permit interested parties to confer, it is hereby ORDERED that the status conference is re-scheduled for December 10, 2007, at 3 p.m.

SO ORDERED.

Dated: New York, New York
   November 27, 2007

                     GERARD E. LYNCH
                     United States District Judge