Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY  10004-1482
(212) 837-6000

Paul F Strain
David J. Heubeck
VENABLE LLP
750 E. Pratt Street
Suite 900
Baltimore, MD  21202
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*

----------------------------------------------------x

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------x

IN RE:

Fosamax Products Liability Litigation                  1:06-md-01789 (JFK)

----------------------------------------------------x

*This Document Relates to ALL CASES*                  **NOTICE OF CHANGE OF ADDRESS**

----------------------------------------------------x

**TO:  Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney

information change for Venable LLP.  The mailing address for the Venable attorneys listed

below should be changed to:  **750 E. Pratt Street, Suite 900, Baltimore, MD  21202**.  All phone

numbers, fax numbers and e-mail addresses for these attorneys remain the same.

Paul F. Strain

David J. Heubeck

Christina L. Gaarder

James E. Gray

Kathleen Sullivan Hardway

M. King Hill, III

Michael B. MacWilliams

Stephen E. Marshall

Randolph S. Sergent

Craig A. Thompson

All are Pro Hac Vice attorneys.

Dated: June 2, 2008
      New York, New York      Respectfully submitted,

                                                  /s/
                                Paul F. Strain

                                VENABLE LLP
                                750 E. Pratt Street
                                Suite 900
                                Baltimore, MD  21202
                                (410) 244-7400
                                Fax: (410) 244-7742
                                pfstrain@venable.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2008, the foregoing NOTICE OF CHANGE OF ADDRESS was filed electronically and served electronically, pursuant to the Court's Case Management Order via the Court's CM/ECF system.

/s/

Paul F. Strain

VENABLE LLP
750 E. Pratt Street
Suite 900
Baltimore, MD  21202
(410) 244-7400
Fax: (410) 244-7742
pfstrain@venable.com