*Keenan, J*

Norman C. Kleinberg (NK 2735)
Theodore V. H. Mayer (TM 9748)
William J. Beausoleil (WB 5296)
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8-14-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
IN RE:                                          :
Fosamax Products Liability Litigation           :   1:06-md-1789 (JFK)
------------------------------------------------x
*This Document Relates to:*                     :
Bennie Horton, et al.                           :
v. Merck & Co., Inc.                            :
                                                :
Case No: 1:07-cv-9482-JFK                       :
------------------------------------------------x

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs in the above-captioned case and Defendant Merck & Co., Inc., ("Merck") through their respective undersigned counsel, as follows:

1.   This case having been resolved upon the agreement of the Plaintiffs in the above-captioned case to voluntarily dismiss with prejudice their claims against Merck and the agreement of Merck not to seek from Plaintiffs its fees and costs. The following Plaintiffs are hereby dismissed from the above-captioned case with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii):

BA2/340483

Livia Cicchillo and Hubert Cicchillo, wife and husband;
Lucrecia B. Conde and Florentino Conde, wife and husband;
Connie L. Dickson and William Dickson, wife and husband;
Marilyn Forster and Daniel Forster, wife and husband.

2. Each party is to bear its own costs and attorneys' fees.

Dated: ~~April~~ August 12, 2008

PHILLIPS & ASSOCIATES

By _____
Lowell W. Finson
3030 N. Third St.
Suite 1100
Phoenix, AZ 85012-3049
(602) 258-8900 ext. 295

*Attorneys for Plaintiff*

HUGHES HUBBARD & REED LLP

By _____
Theodore V. H. Mayer (TM 9748)
One Battery Park Plaza
New York, New York 10004
(212) 837-6888

*Attorneys for Defendant Merck & Co, Inc.*

SO ORDERED: _____ 8/14/08
Hon. John F. Keenan

BA2/340483