UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
IN RE: Fosamax Products Liability   :
Litigation, MDL No. 1789
                                    :
------------------------------------x
This Document Relates to:           :

*Bujdoso v. Merck & Co., Inc. et al.*,  :
1:07-cv-09480 (JFK).                    1:06-md-1789 (JFK)
                                        **Order**
*Demsky v. Merck & Co., Inc. et al.*,  :
1:07-cv-09479 (JFK).

*Evans v. Merck & Co., Inc. et al.*,   :
1:07-cv-07289 (JFK).

*Ferrao v. Merck & Co., Inc. et al.*,  :
1:07-cv-03294 (JFK).

*Finch v. Merck & Co., Inc. et al.*,   :
1:07-cv-09481 (JFK).

*Goss v. Merck & Co., Inc. et al.*,    :
1:07-cv-07290 (JFK).

*Horton v. Merck & Co., Inc. et al.*,  :
1:07-cv-09482 (JFK).

*Martin v. Merck & Co., Inc. et al.*,  :
1:07-cv-09483 (JFK).

*Morris v. Merck & Co., Inc. et al.*,  :
1:07-cv-01320 (JFK).

*Moyer v. Merck & Co., Inc. et al.*,   :
1:07-cv-07987 (JFK).

*Cecelia Smith v. Merck & Co.*,        :
*Inc. et al.*, 1:07-cv-09484 (JFK).

*Vasquez v. Merck & Co., Inc. et al.*, :
1:07-cv-07295 (JFK).
------------------------------------x

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 9-11-08]

JOHN F. KEENAN, United States District Judge:

A pre-motion conference on Merck's anticipated motion to sever cases in the above actions will be held on October 16, 2008 at 10:15 a.m. Plaintiffs are directed to submit a letter to the Court stating their position on the motion by October 10, 2008.

SO ORDERED.

Dated:   New York, New York
         September 11, 2008

                                                JOHN F. KEENAN
                                    United States District Judge